United States District Court
Southern District of Texas
**ENTERED**
November 03, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID TRAN | § | |
| | § | |
| VS. | § | NO. 4:15-CV-02779 |
| | § | |
| NATIONWIDE PROPERTY AND | § | |
| CASUALTY INSURANCE COMPANY | § | |
| AND SCOTTIE R. AYERS | § | JURY DEMANDED |

## ORDER GRANTING AGREED MOTION TO REMAND

After considering Agreed Motion for Remand Based on Stipulation of Damages, the Response, and the Notice of Removal, the Court

FINDS that the Agreed Motion for Remand Based on Stipulation of Damages is meritorious and this case should be REMANDED to State Court for further proceedings.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this case be REMANDED to the 133rd Judicial District Court of Harris County, Texas.

SIGNED on November 3, 2015

KEITH P. ELLISON
US DISTRICT JUDGE